## PFAELZER v. BACH FUR COMPANY.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR
THE SOUTHERN DISTRICT OF NEW YORK.

No. 290. Submitted November 1, 1909.—Decided November 8, 1909.

A writ of error to the Circuit Court of the United States dismissed
for want of final judgment on the authority of *McLish* v. *Roff*, 141
U. S. 661.[1]

*Mr. A. S. Gilbert* for plaintiff in error.

*Mr. Benjamin N. Cardozo* for defendant in error.

*Per Curiam.* Writ of error dismissed for want of final
judgment. *McLish* v. *Roff*, 141 U. S. 661.